# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT W. JOHNSON,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-1460** |
| | : | |
| **GRIFFIN MOTORS,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 30th day of June, 2022, in light of *pro se* Plaintiff Robert W. Johnson's failure to pay the applicable $402 filing fee or file a motion to proceed *in forma pauperis* as directed by this Court's Order entered on April 29, 2022 (Doc. No. 3), which (1) granted him thirty (30) days to do so and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Johnson's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

                                                       */s/ Karen Spencer Marston*

                                                     **KAREN SPENCER MARSTON, J.**